IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAHEEM BROWN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>HONORABLE MICHAEL R. CONNOR;<br>HONORABLE KYRAN CONNOR; MRS.<br>JULIE HOROWITZ, MR. JASON<br>WERTZBERGER; MR. JAMES MCCLAIN;<br>MS. CELESTE GOODSON,<br><br>　　　　　　Defendants. | Civil Action<br>No. 14-5469 (JBS-JS)<br><br>**MEMORANDUM OPINION** |

**SIMANDLE, Chief District Judge**

1. Plaintiff Raheem Brown seeks to bring a civil rights complaint pursuant to the 42 U.S.C. § 1983 against several judges of the New Jersey Superior Court, Law Division, as well as the prosecutors on his criminal case. Complaint, Docket Entry 1. However, mail sent to Plaintiff at the Atlantic County Justice Facility in another case brought by Plaintiff was returned as undeliverable on April 12, 2016. *See Brown v. Meyer*, No. 14-5468 (D.N.J. filed Sept. 2, 2014), Docket Entry 4.

2. Local Civil Rule 10.1(a) requires unrepresented parties to notify the Court of any change in address within 7 days. The Rule further provides that, failure to file such notice "may result in the imposition of sanctions by the Court." *Id.* Indeed, failure to apprise the Court of an address change may

result in the outright dismissal of the case for failure to proceed, or an administrative termination of the action without prejudice. *See, e.g.*, *Boretsky v. Corzine*, No. 08-2265, 2008 WL 2512916 (D.N.J. June 23, 2008); *Allebach v. Cathell*, No. 06-5005, 2009 WL 2147145 (D.N.J. July 15, 2009).

3.    As the Court does not have a current address for Plaintiff, the matter cannot proceed at this time. The Court will therefore administratively terminate the proceedings without prejudice to Plaintiff's right to reinstate this action by notifying the Court of his new address within 30 days.

4.    Failure to provide an updated address within 30 days of the date of this Order may result in the matter being dismissed for lack of prosecution.

5.    An appropriate Order follows.


__September 23, 2016__                          __s/ Jerome B. Simandle__
Date                                            JEROME B. SIMANDLE
                                                Chief U.S. District Judge